THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIQUAN CHAMBERS, Appellant. [869 NYS2d 847]

914

No opinion. Spolzino, J.P., Miller, Covello and Chambers, JJ., concur.